JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH MCCOMB,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN URTEAGA; VERONICA ARAUJO; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:14-CV-01410-VAP-AJW<br><br>**ORDER** |

## **ORDER**

This action is hereby ordered dismissed without prejudice, each party to bear their own attorneys' fees and costs.

*/s/ Virginia A. Phillips*

Dated: June 2, 2015

HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT COURT JUDGE